**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Maurice FOSTER, Defendant— Appellant.**

No. 06–6178.

United States Court of Appeals, Fourth Circuit.

Submitted: July 12, 2006.

Decided: July 27, 2006.

Maurice Foster, Appellant Pro Se.

Before MICHAEL, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Maurice Foster appeals the district court's order denying relief on his petition, filed under 28 U.S.C. § 2241 (2000), asserting error under *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), and the district court's order denying his Fed.R.Civ.P. 59(e) motion for reconsideration of that order. As the district court correctly concluded, Foster does not meet the standard under *In re Jones,* 226 F.3d 328, 333–34 (4th Cir.2000); thus, he was not entitled to proceed under § 2241.* Accordingly, we affirm the deni-

---

* The district court also construed the petition as a motion under 28 U.S.C. § 2255 (2000), and dismissed it as successive. Because the district court did not have jurisdiction under § 2255 to consider the validity of Foster's sentence on his convictions arising out of the

al of relief. We grant Foster leave to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Northern District of Illinois, we decline to

consider this case under § 2255.